Certificate Number: 17572-PAW-DE-035608066

Bankruptcy Case Number: 21-70172



17572-PAW-DE-035608066

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 26, 2021</u>, at <u>7:15</u> o'clock <u>AM PDT</u>, <u>Jeffrey L Dibert</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>April 26, 2021</u>              By:     <u>/s/Kelly Faulks</u>

Name:  <u>Kelly Faulks</u>

Title:  <u>Counselor</u>