IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/24/21 7:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re:   Jeffrey L. Dibert and Tonya A. Dibert, | : | Bankruptcy No. 21-70172 |
| Debtors | : | |
| | : | Chapter 13 |
| Jeffrey L. Dibert | : | |
| 332 Dibert Road | : | |
| Everett, PA  15537 | : | Related to Doc. #27 |
| Movant | : | |
| v. | : | |
| Dibert Hay & Hauling | : | |
| 372 Dibert Road | : | |
| Everett, PA  15537 | : | |
| Respondent | : | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named Debtors having filed a Chapter 13 petition and Debtors or Trustee having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which Husband Debtor receives income:  **Dibert Hay & Hauling** shall deduct from that income the sum of **EIGHT HUNDRED FORTY-ONE DOLLARS ($841.40) AND FORTY CENTS** beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> **RONDA J. WINNECOUR**
> **CHAPTER 13 TRUSTEE, W.D.PA.**
> **P.O. BOX 84051**
> **CHICAGO, IL  60689-4002**

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court. **

DATED this ___24th___ day of ___May___, 2021.

_____  sjk
United States Bankruptcy Judge
Jeffery A. Deller

**
IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 21-70172-JAD
Jeffrey L. Dibert | Chapter 13
Tonya A. Dibert
  Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: dkam        Page 1 of 1
Date Rcvd: May 24, 2021     Form ID: pdf900   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2021:**

**Recip ID    Recipient Name and Address**
db/jdb    +    Jeffrey L. Dibert, Tonya A. Dibert, 332 Dibert Road, Everett, PA 15537-6502

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2021            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2021 at the address(es) listed below:

**Name              Email Address**

James R. Huff, II
                   on behalf of Debtor Jeffrey L. Dibert jhuff@sfshlaw.com

James R. Huff, II
                   on behalf of Joint Debtor Tonya A. Dibert jhuff@sfshlaw.com

Maria Miksich
                   on behalf of Creditor Quicken Loans LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
                   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                   cmecf@chapter13trusteewdpa.com

TOTAL: 5