IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Jeffrey L. Dibert and Tonya A. Dibert, | : | Bankruptcy No.  21-70172 |
| Debtors | : | |
| | : | Chapter 13 |
| Jeffrey L. Dibert | : | |
| 332 Dibert Road | : | |
| Everett, PA  15537 | : | |
| Movant | : | |
| v. | : | Motion No. ■ WO-1 |
| Dibert Hay & Hauling | : | |
| 372 Dibert Road | : | |
| Everett, PA  15537 | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE
PURSUANT TO AMENDED WAGE ATTACHMENT TOGETHER WITH
NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NO. (Local Form 12)**

I certify under penalty of perjury that I served the above captioned ORDER and NOTIFICATION on the party at the address specified below on **December 17, 2021.**

**Dibert Hay & Hauling
372 Dibert Road
Everett, PA  15537**

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **First-Class U.S. Mail, Postage Prepaid**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  **December 17, 2021**

By:   __/s/James R. Huff, II_____
Signature
**James R. Huff, II, Esquire_____**
Typed Name
**1701 Fifth Avenue, Altoona, Pa.   16602_____**
Address
**(814) 946-4316_____**
Phone No.
**PA. I.D. No. 33270_____**
List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**