**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JEFFREY L. DIBERT<br>TONYA A. DIBERT<br><br>           Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>           Movant<br>  vs.<br>M & T BANK<br><br>           Respondents | Case No. 21-70172JAD<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

  The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

    DEBT IS BEING PAID UNDER THE PLAN AS A LONG TERM DEBT.

| | |
|---|---|
| M & T BANK<br>PO BOX 1508<br>BUFFALO, NY 14240 | Court claim# 13/Trustee CID# 3 |

The Movant further certifies that on 04/30/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>     original creditor<br>     putative creditor<br>     counsel for debtor(s)<br>     counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
JEFFREY L. DIBERT, TONYA A. DIBERT, 33 DIBERT ROAD, EVERETT, PA  15537

DEBTOR'S COUNSEL:
JAMES R HUFF II ESQ, FORR STOKAN HUFF KORMANSKI & NAUGLE, 1701 5TH AVE, ALTOONA, PA  16602

ORIGINAL CREDITOR:
M & T BANK, PO BOX 1508, BUFFALO, NY 14240

NEW CREDITOR: