IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Jeffrey L. Dibert and Tonya A. Dibert, : | Bankruptcy No. 21-70172-JAD |
| Debtors : | |
| : | |
| Ronda J. Winnecour, : | |
| Standing Chapter 13 Trustee, : | |
| Movant : | Related to Doc. No. 51 |
| v. : | Doc. No. _____ |
| M&T Bank, : | |
| Respondent : | |

### STIPULATION

Debtors acknowledge that the debt to M&T Bank for their 2017 Chevrolet Traverse has been PAID IN FULL and that no further payments should be issued for the same.

    Respectfully submitted,
    Forr, Stokan, Huff, Kormanski & Naugle

    */s/James R. Huff, II*
    _____
    By: James R. Huff II, Esquire
        Attorneys for Debtors
        State ID No. 33270
        1701 – 5th Ave.
        Altoona, PA 16602
        814-946-4316