M&T BANK
475 Crosspoint Pkwy,
Getzville, NY 14068

UNITED STATES
BANKRUPTCY COURT
FOR THE 21-70172 Western
District Pennsylvania
(Johnstown)

**NOTICE OF WITHDRAWAL**

In re: TONYA A & JEFFREY L DIBERT

CHAPTER 13
CASE NUMBER:  21-70172
TO: Clerk of the Court


Please withdraw claim number 13 in the amount of $19,050.46on behalf of Manufacturers and Traders Trust Company.


DATED:05/25/2021


Manufacturers and Traders Trust Company

/s/  Sarah Sepulveda Rios