**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br> JEFFREY L. DIBERT<br>TONYA A. DIBERT<br>            Debtor(s)<br> Ronda J. Winnecour, Trustee<br>   Movant<br>      vs.<br> JEFFREY L. DIBERT<br>TONYA A. DIBERT<br><br>            Respondents | Case No.21-70172-JAD<br><br><br><br>Chapter 13<br><br><br> Related to<br>Document No.____68_____ |

---

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ____8th____ day of __May__ , 20_26_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Dibert Hay And Hauling
Attn: Payroll Manager
372 Dibert Rd
Everett,PA 15537

is hereby ordered to immediately terminate the attachment of the wages of JEFFREY L. DIBERT, social security

number XXX-XX-0830. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JEFFREY L.

DIBERT.

BY THE COURT:

_____ sjk
UNITED STATES BANKRUPTCY JUDGE

Jeffery A. Deller

cc: Debtor(s)
   Debtor(s) Attorney

FILED
5/8/26 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                  Case No. 21-70172-JAD

Jeffrey L. Dibert                                                                 Chapter 13

Tonya A. Dibert

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                          User: auto                                          Page 1 of 2

Date Rcvd: May 08, 2026                  Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                      +  Jeffrey L. Dibert, Tonya A. Dibert, 332 Dibert Road, Everett, PA 15537-6502

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:

**Name**                          **Email Address**

James R. Huff, II
                                   on behalf of Debtor Jeffrey L. Dibert jhuff@sfshlaw.com

James R. Huff, II
                                   on behalf of Joint Debtor Tonya A. Dibert jhuff@sfshlaw.com

Matthew Fissel
                                   on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Matthew Fissel
                                   on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                                   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-7                          User: auto                                    Page 2 of 2

Date Rcvd: May 08, 2026                       Form ID: pdf900                              Total Noticed: 1

cmecf@chapter13trusteewdpa.com


TOTAL: 6