IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Jeffrey L. Dibert and Tonya A. Dibert,      :      Case No. 21-70172-JAD
                                                    :
                              Debtors               :      CHAPTER 13
                                                    :
Jeffrey L. Dibert and Tonya A. Dibert,              :
                              Movants               :
                                      Vs.           :
                                                    :      Document No. _____
No Respondents,                                     :

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.   The Debtor has made all payments required by the Chapter 13 Plan.

2.   The Debtor is not required to pay any Domestic Support Obligations.

3.   The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.   The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.   On April 27, 2021 at docket number 20, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certificate of Debtor Education regarding an Instructional Course in Personal Financial Management*.

     This Certification is being signed under penalty of perjury by Debtor having carefully examined and understanding each of the Bankruptcy Code sections referenced in this Certification.

Dated: May 20, 2026                    By:    /s/Jeffrey L. Dibert_____
                                                        Signature
                                              James R. Huff, II, Esquire_____
                                                        Name of Filer - Typed
                                              1701 5th Avenue, Altoona, Pa. 16602____
                                                        Address of Filer
                                              jhuff@sfshlaw.com    (814) 946-4316____
                                                        Email and Phone No. of Filer
**PAWB Local Form 24 (07/13)**                Pennsylvania State I.D. No. 33270_____
                                                        Bar I.D. and State of Admission