IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Jeffrey L. Dibert and Tonya A. Dibert,  :  Case No. 21-70172-JAD
                                                                      :
                    Debtors                              :  CHAPTER 13
                                                                      :
Jeffrey L. Dibert and Tonya A. Dibert,       :
                    Movants                             :
                                             Vs.        :
                                                                      :  Document No. _____
No Respondents,                               :

**JOINT DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.     The Joint Debtor has made all payments required by the Chapter 13 Plan.

2.     The Joint Debtor is not required to pay any Domestic Support Obligations.

3.     The Joint Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Joint Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Joint Debtor ineligible for a discharge.

4.     On April 27, 2021 at docket number 21, Joint Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certificate of Debtor Education regarding an Instructional Course in Personal Financial Management*.

       This Certification is being signed under penalty of perjury by Joint Debtor having carefully examined and understanding each of the Bankruptcy Code sections referenced in this Certification.

Dated: May 20, 2026                    By:___/s/Tonya A. Dibert_____
                                                                    Signature
                                                       James R. Huff, II, Esquire_____
                                                                    Name of Filer - Typed
                                                       1701 5th Avenue, Altoona, Pa. 16602_____
                                                                    Address of Filer
                                                       jhuff@sfshlaw.com    (814) 946-4316_____
                                                                    Email and Phone No. of Filer
**PAWB Local Form 24 (07/13)**      Pennsylvania State I.D. No. 33270_____
                                                                    Bar I.D. and State of Admission