**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JEFFREY L. DIBERT** |
| Debtor 2 (Spouse, if filing) | **TONYA A. DIBERT** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number | **21-70172JAD** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** QUICKEN LOANS LLC

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 5 6 3 3

**Property Address:** 332 DIBERT ROAD
Number        Street

EVERETT                                                          PA        15537
City                                                                 State     ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

**Part 4:**   **Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:        $        59,150.40

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
<u>May 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

**Part 5:**   **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:        $        -0-

**Part 6:**   **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Ronda J. Winnecour        Date   07/02/2026
    _____        _____
    Signature

Trustee   Ronda J. Winnecour
          _____
          First Name        Middle Name        Last Name

Address   CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
          _____
          Number        Street

          PITTSBURGH                    PA      15219
          _____
          City                         State   ZIP Code

Contact phone   (412) 471-5566        Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **DIBERT** | | | Case Number **21-70172JAD** | Page 1 |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
| --- | --- | --- | --- | --- | --- |
| 6 | QUICKEN LOANS LLC | 07/26/2021 | 1204842 | Amounts Disbursed To Creditor | 2,382.43 |
| 6 | QUICKEN LOANS LLC | 08/26/2021 | 1207994 | Amounts Disbursed To Creditor | 1,449.98 |
| 6 | QUICKEN LOANS LLC | 09/24/2021 | 1211099 | Amounts Disbursed To Creditor | 492.45 |
| 6 | QUICKEN LOANS LLC | 10/25/2021 | 1214173 | Amounts Disbursed To Creditor | 1,467.89 |
| 6 | QUICKEN LOANS LLC | 11/22/2021 | 1217206 | Amounts Disbursed To Creditor | 1,450.82 |
| 6 | QUICKEN LOANS LLC | 12/23/2021 | 1220288 | Amounts Disbursed To Creditor | 968.19 |
| 6 | QUICKEN LOANS LLC | 01/26/2022 | 1223348 | Amounts Disbursed To Creditor | 1,019.73 |
| 6 | QUICKEN LOANS LLC | 02/23/2022 | 1226214 | Amounts Disbursed To Creditor | 1,122.06 |
| 6 | QUICKEN LOANS LLC | 03/25/2022 | 1229192 | Amounts Disbursed To Creditor | 1,071.22 |
| 6 | QUICKEN LOANS LLC | 04/26/2022 | 1232231 | Amounts Disbursed To Creditor | 1,071.30 |
| 6 | QUICKEN LOANS LLC | 05/25/2022 | 1235273 | Amounts Disbursed To Creditor | 535.67 |
| 6 | QUICKEN LOANS LLC | 06/27/2022 | 1238297 | Amounts Disbursed To Creditor | 1,071.35 |
| 6 | QUICKEN LOANS LLC | 07/26/2022 | 1241235 | Amounts Disbursed To Creditor | 1,071.35 |
| 6 | QUICKEN LOANS LLC | 08/24/2022 | 1244117 | Amounts Disbursed To Creditor | 1,071.36 |
| 6 | QUICKEN LOANS LLC | 09/27/2022 | 1247001 | Amounts Disbursed To Creditor | 1,071.35 |
| 6 | QUICKEN LOANS LLC | 10/25/2022 | 1249800 | Amounts Disbursed To Creditor | 1,159.89 |
| 6 | QUICKEN LOANS LLC | 11/23/2022 | 1252592 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 12/22/2022 | 1255333 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 01/26/2023 | 1258064 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 02/23/2023 | 1260658 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 03/28/2023 | 1263442 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 04/25/2023 | 1266256 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 05/25/2023 | 1269125 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 06/26/2023 | 1272013 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 07/25/2023 | 1274755 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 08/25/2023 | 1277547 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 09/26/2023 | 1280271 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 10/25/2023 | 1282979 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 11/27/2023 | 1285654 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 12/21/2023 | 1288228 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 01/26/2024 | 1290930 | Amounts Disbursed To Creditor | 569.99 |
| 6 | QUICKEN LOANS LLC | 02/26/2024 | 1293572 | Amounts Disbursed To Creditor | 1,283.89 |
| 6 | QUICKEN LOANS LLC | 03/26/2024 | 1296227 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 04/25/2024 | 1298891 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 05/29/2024 | 1301595 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 06/25/2024 | 1304121 | Amounts Disbursed To Creditor | 536.10 |
| 6 | QUICKEN LOANS LLC | 07/25/2024 | 1306732 | Amounts Disbursed To Creditor | 1,317.78 |
| 6 | QUICKEN LOANS LLC | 08/26/2024 | 1309286 | Amounts Disbursed To Creditor | 829.45 |
| 6 | QUICKEN LOANS LLC | 09/25/2024 | 1311883 | Amounts Disbursed To Creditor | 1,024.43 |
| 6 | QUICKEN LOANS LLC | 10/25/2024 | 1314412 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 11/25/2024 | 1316979 | Amounts Disbursed To Creditor | 926.94 |
| 6 | QUICKEN LOANS LLC | 12/23/2024 | 1319360 | Amounts Disbursed To Creditor | 1,748.78 |
| 6 | QUICKEN LOANS LLC | 01/28/2025 | 1321870 | Amounts Disbursed To Creditor | 980.70 |
| 6 | QUICKEN LOANS LLC | 02/25/2025 | 1324279 | Amounts Disbursed To Creditor | 980.70 |
| 6 | QUICKEN LOANS LLC | 03/26/2025 | 1326780 | Amounts Disbursed To Creditor | 980.70 |
| 6 | QUICKEN LOANS LLC | 04/25/2025 | 1329253 | Amounts Disbursed To Creditor | 980.70 |
| 6 | QUICKEN LOANS LLC | 05/23/2025 | 1331650 | Amounts Disbursed To Creditor | 980.70 |
| 6 | QUICKEN LOANS LLC | 06/25/2025 | 1334105 | Amounts Disbursed To Creditor | 980.70 |
| 6 | QUICKEN LOANS LLC | 07/25/2025 | 1336577 | Amounts Disbursed To Creditor | 980.70 |
| 6 | QUICKEN LOANS LLC | 08/26/2025 | 1338982 | Amounts Disbursed To Creditor | 980.70 |
| 6 | QUICKEN LOANS LLC | 09/25/2025 | 1341397 | Amounts Disbursed To Creditor | 980.70 |
| 6 | QUICKEN LOANS LLC | 10/24/2025 | 1343866 | Amounts Disbursed To Creditor | 980.70 |
| 6 | QUICKEN LOANS LLC | 11/21/2025 | 1346152 | Amounts Disbursed To Creditor | 980.70 |
| 6 | QUICKEN LOANS LLC | 12/23/2025 | 1348521 | Amounts Disbursed To Creditor | 980.70 |
| 6 | QUICKEN LOANS LLC | 01/27/2026 | 1350906 | Amounts Disbursed To Creditor | 1,010.64 |
| 6 | QUICKEN LOANS LLC | 02/24/2026 | 1353267 | Amounts Disbursed To Creditor | 541.39 |
| 6 | QUICKEN LOANS LLC | 03/25/2026 | 1355661 | Amounts Disbursed To Creditor | 1,029.96 |
| 6 | QUICKEN LOANS LLC | 04/27/2026 | 1358058 | Amounts Disbursed To Creditor | 1,029.96 |
| 6 | QUICKEN LOANS LLC | 05/27/2026 | 1360468 | Amounts Disbursed To Creditor | 370.73 |

Total for Claim Number 6: 59,150.40

**Total for Part 4 - a (Postpetition Payments):** **59,150.40**

**Certificate of Service**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

JEFFREY L. DIBERT
TONYA A. DIBERT
332 DIBERT ROAD
EVERETT, PA  15537

JAMES R HUFF II ESQ
FORR STOKAN HUFF KORMANSKI & NAUGLE
1701 5TH AVE
ALTOONA, PA  16602

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

QUICKEN LOANS LLC
635 WOODWARD AVE
DETROIT, MI  48226


Dated: 07/02/2026

/s/ Roberta Saunier _____
Administrative Assistant
Office of the Chapter 13 Trustee