**Fill in this information to identify the case:**

Debtor 1 _____Jeffrey L. Dibert_____

Debtor 2 _____Tonya A. Dibert_____
(Spouse, if filing)

United States Bankruptcy Court for the: ___Western_____ District of ___Pennsylvania___
(State)

Case number ___21-70172-JAD_____

---

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
|---|---|

**Court claim no.** (if known):
_____6_____

**Name of claim holder:** ___Rocket Mortgage, LLC_____

**Last 4 digits** of any number you use to identify the debtor's account: _____******5633_____

**Property address:** ___332 Dibert Rd_____
Number       Street

_____

___Everett_____ ___PA___ ___15537___
City                    State      ZIP Code

| Part 2: | Arrearages |
|---|---|

The total amount received to cure any arrearages as of the date of this response:     $_____0.00____.

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this response: $ _____.

☐ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining unpaid as of the date of this response: $ _____.

**Part 3:**     **Postpetition Payments**

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _____.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

|  |  |  |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 06/22/2026 |
| ii. | Date next postpetition payment from the debtor is due: | 08/01/2026 |
| iii. | Amount of the next postpetition payment that is due: | $ 990.68 |
| iv. | Unpaid principal balance of the loan: | $ 116,239.90 |
| v. | Additional amounts due for any deferred or accrued interest: | $ 531.04 |
| vi. | Balance of the escrow account: | $ 1,330.84 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $ 854.64 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 0.00 |

**Part 4**     **Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ */s/ Shawn Miller*      Date 7/22/2026

Signature

Name    Shawn Miller

First name      Middle name      Last name

Title    Agent for Creditor

Company    Aldridge Pite, LLP

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700

Number      Street

Atlanta      GA      30305

City      State      ZIP Code

Contact phone   (404 ) 994-7400      Email shawnmiller@aldridgepite.com

```
                        7/17/26
                        09:57:35
                        ADD
              Payoff Quote Include/Omit Items
              ================================================

        PO Dt  7/30/26      Int Paid To     7/01/26
        Sub Code    00      Next Due Dt     8/01/26      Int Rate        5.750
Prin Bal      116,239.90    Per Diem Int        18.31    Int Calcs     531.04
Optional Items to I-Include or O-Omit:                   Plan Number     00001
 I  Escrow Balance        1,330.84    O  Total Late Charges             .00
    Interest on Escrow         .00    I  Total NSF Charges              .00
 I  Escrow Advance            .00     O  Optional Ins Payment           .00
 I  Misc Suspense Bal      380.05     I  Prepayment Penalty             .00
 I  Forbearance Bal        474.59     O  Mortgage Ins Premium           .00
 O  Subsidy                   .00     O  Other Fees Due                 .00
 O  Hazard Suspense Bal       .00     O  Rebate Points Financed         0000000
    Int on Hazard Loss        .00     I  Deferred Principal             .00
 O  Inv. Advance              .00     O  Recording Fee_____     0000000000000
 I  Corp Advance Bal          .00     O  Quote fee _____      0000000000000
 O  Corp Expense Bal          .00     O  Oth2  COUNTY RECORDING FEE  0000000006075
 O  Default Int Due           .00     O  Oth1  ANTICIPATED FEE      0000000000000  +
 I  Deferred Int              .00     I  MBS Liq Difference             25.94
 O  Prepaid Ins Rebate        .00
 O  Partial Claims            .00
Accept Quote -_Y/N N                              PO Amt      114,585.46


  F11=Corp Adv   F12=Return   F13=Opt Ins   F14=Corp Expense   F24=More keys
```

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: <u>July 24, 2026</u>

| | |
|---|---|
| Chapter 13 Trustee: | Ronda J. Winnecour |
| Trustee Address: | Suite  3250,  USX Tower |
| | 600  Grant Street |
| | Pittsburgh, PA 15219 |
| | |
| Debtor's Counsel Name: | James R. Huff, II |
| Debtor's Counsel Address: | Forr, Stokan, Huff, Kormanski & Naugle |
| | 1701 Fifth Avenue |
| | Altoona, PA 16602 |
| Debtor's Counsel Email: | jhuff@sfshlaw.com |
| | |
| Debtor 1 Name: | Jeffrey L. Dibert, |
| Debtor 2 Name: | Tonya A. Dibert |
| Debtor's Mailing Address: | 332 Dibert Road |
| | Everett, PA 15537 |

<u>  /s/ Cecilia Metcalf                </u>