## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JEFFREY L. DIBERT
TONYA A. DIBERT
        Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
        Movant
      vs.
No Respondents.

Case No.:21-70172 JAD

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 28, 2026

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 04/14/2021  and confirmed on 5/18/21 .  The case was subsequently     Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 104,981.81 |
| Less Refunds to Debtor | | 669.46 | |
| TOTAL AMOUNT OF PLAN FUND | | | 104,312.35 |

| | |
|---|---|
| **Administrative Fees** | |
| Filing Fee | 0.00 |
| Notice Fee | 0.00 |
| Attorney Fee | 2,700.00 |
| Trustee Fee | 5,160.74 |
| Court Ordered Automotive Insurance | 0.00 |
| TOTAL ADMINISTRATIVE FEES | 7,860.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| QUICKEN LOANS LLC | 0.00 | 59,150.40 | 0.00 | 59,150.40 |
| Acct: 5633 | | | | |
| M & T BANK | 20,746.93 | 20,746.93 | 0.00 | 20,746.93 |
| Acct: 6071 | | | | |
| | | | | 79,897.33 |
| **Priority** | | | | |
| JAMES R HUFF II ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY L. DIBERT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY L. DIBERT | 669.46 | 669.46 | 0.00 | 0.00 |
| Acct: | | | | |
| SULLIVAN FORR ET AL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FORR STOKAN HUFF KORMANSKI & NAU( | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| LVNV FUNDING LLC | 3,743.03 | 505.20 | 0.00 | 505.20 |
| Acct: 3137 | | | | |
| BANK OF AMERICA NA** | 34,225.75 | 4,619.45 | 0.00 | 4,619.45 |
| Acct: 0034 | | | | |
| BANK OF AMERICA NA** | 2,369.11 | 319.76 | 0.00 | 319.76 |
| Acct: 1664 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9984 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0292 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8839 | | | | |
| LVNV FUNDING LLC | 1,320.39 | 178.21 | 0.00 | 178.21 |
| Acct: 9718 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 4,285.51 | 578.42 | 0.00 | 578.42 |

21-70172 JAD                                                                          Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| Acct: 2781 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 3,444.46 | 464.90 | 0.00 | 464.90 |
| Acct: 0705 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 4,890.23 | 660.03 | 0.00 | 660.03 |
| Acct: 9688 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 19,726.42 | 2,662.47 | 0.00 | 2,662.47 |
| Acct: 7317 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 2,122.95 | 286.53 | 0.00 | 286.53 |
| Acct: 8006 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5559 | | | | |
| DISCOVER BANK(*) | 6,786.20 | 915.93 | 0.00 | 915.93 |
| Acct: 4418 | | | | |
| DISCOVER BANK(*) | 3,025.03 | 408.29 | 0.00 | 408.29 |
| Acct: 4526 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KOHLS | 3,519.00 | 474.96 | 0.00 | 474.96 |
| Acct: 9618 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 11,516.24 | 1,554.35 | 0.00 | 1,554.35 |
| Acct: 5547 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 3,902.28 | 526.69 | 0.00 | 526.69 |
| Acct: 2354 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 4,796.03 | 647.32 | 0.00 | 647.32 |
| Acct: 2354 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 9,504.66 | 1,282.84 | 0.00 | 1,282.84 |
| Acct: 2354 | | | | |
| LVNV FUNDING LLC | 1,074.22 | 144.99 | 0.00 | 144.99 |
| Acct: 0360 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 2,400.10 | 323.94 | 0.00 | 323.94 |
| Acct: 3625 | | | | |
| TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3815 | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6071 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3625 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 16,554.28 |

TOTAL PAID TO CREDITORS                                                               96,451.61

TOTAL CLAIMED
PRIORITY                0.00
SECURED          20,746.93
UNSECURED      122,651.61

Date: 07/28/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JEFFREY L. DIBERT
    TONYA A. DIBERT
            Debtor(s)

Ronda J. Winnecour
        Movant
       vs.
No Repondents.

Case No.:21-70172 JAD

Chapter 13

Document No.:

ORDER OF COURT

 AND NOW, this _____ day of _____, 20_____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-70172-JAD |
| Jeffrey L. Dibert | Chapter 13 |
| Tonya A. Dibert | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 29, 2026 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey L. Dibert, Tonya A. Dibert, 332 Dibert Road, Everett, PA 15537-6502 |
| 15363612 | + | Barclays Bank/Choice Privilege Card, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15385117 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2026 00:47:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Jul 30 2026 00:42:00 | Rocket Mortgage, LLC, c/o Aldridge Pite, LLP, Six Piedmont Center, 3525 Piedmont Road, N.E. Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| 15363609 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2026 00:47:23 | Ashley Home Store/Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 15363610 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 30 2026 00:41:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 15366495 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jul 30 2026 00:42:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15363613 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 30 2026 00:42:00 | Boscov's Comenity Bank, P.O. Box 659622, San Antonio, TX 78265 |
| 15363614 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2026 00:47:33 | Capital One Walmart, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15363615 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 30 2026 00:47:15 | Chase, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 15363616 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 30 2026 00:47:22 | Chase - Southwest, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 15363617 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 30 2026 00:47:33 | Chase Amazon, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 15363618 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2026 00:47:28 | Citicards - Best Buy, P.O. Box 790441, St. Louis, MO 63179-0441 |
| 15363619 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 30 2026 00:42:00 | Comenity Bank - Children's, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 15363620 | | Email/Text: mrdiscen@discover.com | Jul 30 2026 00:41:00 | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 15365976 | | Email/Text: mrdiscen@discover.com | Jul 30 2026 00:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2026 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | Type | Date/Time | Name and Address |
|---|---|---|---|
| 15363622 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 30 2026 00:41:00 | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15379604 | + Email/Text: RASEBN@raslg.com | Jul 30 2026 00:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15373649 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 30 2026 00:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15363623 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2026 00:47:24 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15604180 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2026 00:47:16 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15378386 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2026 00:47:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15363624 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2026 00:47:32 | Lowes/Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 15363625 | Email/Text: camanagement@mtb.com | Jul 30 2026 00:42:00 | M&T Bank, P.O. Box 1056, Buffalo, NY 14240-1056 |
| 15379762 | Email/Text: camanagement@mtb.com | Jul 30 2026 00:42:00 | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 15383211 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2026 00:47:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15363626 | + Email/Text: bankruptcynotices@psecu.com | Jul 30 2026 00:42:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 15363629 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2026 00:47:23 | QVC Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 15363628 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jul 30 2026 00:42:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15375454 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jul 30 2026 00:42:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15386073 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2026 00:47:25 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15364003 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2026 00:47:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15363630 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2026 00:47:14 | Synchrony/PayPal Card, P.O. Box 965005, Orlando, FL 32816-0001 |
| 15363631 | + Email/Text: bncmail@w-legal.com | Jul 30 2026 00:42:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 15363611 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, P.O. Box 15019, Wilmington, DE 19886 |

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Jul 29, 2026 | Form ID: pdf900 | Total Noticed: 35

| | | |
|---|---|---|
| 15363621 | *+ | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 15373653 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15363627 | * | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

**Name** | **Email Address**

James R. Huff, II
on behalf of Debtor Jeffrey L. Dibert jhuff@sfshlaw.com

James R. Huff, II
on behalf of Joint Debtor Tonya A. Dibert jhuff@sfshlaw.com

Matthew Fissel
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Matthew Fissel
on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6