**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jeffrey L. Dibert<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–0830 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Tonya A. Dibert<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–2354 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number: | 21–70172–JAD | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jeffrey L. Dibert

Tonya A. Dibert

9/23/26

**By the court:** Jeffery A. Deller
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 21-70172-JAD
Jeffrey L. Dibert Chapter 13
Tonya A. Dibert
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7 User: auto Page 1 of 3
Date Rcvd: Sep 23, 2026 Form ID: 3180W Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey L. Dibert, Tonya A. Dibert, 332 Dibert Road, Everett, PA 15537-6502 |
| 15363612 | + | Barclays Bank/Choice Privilege Card, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15385117 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 24 2026 06:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 24 2026 06:21:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Sep 24 2026 06:21:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Sep 24 2026 02:33:00 | Rocket Mortgage, LLC, c/o Aldridge Pite, LLP, Six Piedmont Center, 3525 Piedmont Road, N.E. Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| 15363609 | + | EDI: SYNC | Sep 24 2026 06:21:00 | Ashley Home Store/Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 15363610 | | EDI: BANKAMER | Sep 24 2026 06:21:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 15366495 | + | EDI: BANKAMER2 | Sep 24 2026 06:21:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15363613 | | EDI: WFNNB.COM | Sep 24 2026 06:21:00 | Boscov's Comenity Bank, P.O. Box 659622, San Antonio, TX 78265 |
| 15363614 | + | EDI: CAPITALONE.COM | Sep 24 2026 06:21:00 | Capital One Walmart, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15363615 | | EDI: JPMORGANCHASE | Sep 24 2026 06:21:00 | Chase, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 15363616 | | EDI: JPMORGANCHASE | Sep 24 2026 06:21:00 | Chase - Southwest, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 15363617 | + | EDI: JPMORGANCHASE | Sep 24 2026 06:21:00 | Chase Amazon, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 15363618 | | EDI: CITICORP | Sep 24 2026 06:21:00 | Citicards - Best Buy, P.O. Box 790441, St. Louis, |

| | | | | |
|---|---|---|---|---|
| | | | | MO 63179-0441 |
| 15363619 | | EDI: WFNNB.COM | Sep 24 2026 06:21:00 | Comenity Bank - Children's, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 15363620 | | EDI: DISCOVER | Sep 24 2026 06:21:00 | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 15365976 | | EDI: DISCOVER | Sep 24 2026 06:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15363622 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 24 2026 02:33:00 | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15379604 | + | Email/Text: RASEBN@raslg.com | Sep 24 2026 02:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15373649 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 24 2026 02:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15385117 | ^ | MEBN | Sep 24 2026 02:32:02 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15363623 | + | EDI: CAPITALONE.COM | Sep 24 2026 06:21:00 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15604180 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 02:42:16 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15378386 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 02:42:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15363624 | | EDI: SYNC | Sep 24 2026 06:21:00 | Lowes/Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 15363625 | | Email/Text: camanagement@mtb.com | Sep 24 2026 02:33:00 | M&T Bank, P.O. Box 1056, Buffalo, NY 14240-1056 |
| 15379762 | | Email/Text: camanagement@mtb.com | Sep 24 2026 02:33:00 | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 15383211 | | EDI: PRA.COM | Sep 24 2026 06:21:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15363626 | + | EDI: G2RSPSECU | Sep 24 2026 06:21:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 15363629 | | EDI: SYNC | Sep 24 2026 06:21:00 | QVC Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 15363628 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 24 2026 02:34:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15375454 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 24 2026 02:34:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15386073 | + | EDI: PRA.COM | Sep 24 2026 06:21:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15364003 | + | EDI: PRA.COM | Sep 24 2026 06:21:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15363630 | + | EDI: SYNC | Sep 24 2026 06:21:00 | Synchrony/PayPal Card, P.O. Box 965005, Orlando, FL 32816-0001 |
| 15363631 | + | EDI: WTRRNBANK.COM | Sep 24 2026 06:21:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 15363611 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 15363621 | *+ | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 15373653 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15363627 | * | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James R. Huff, II | on behalf of Joint Debtor Tonya A. Dibert jhuff@sfshlaw.com |
| James R. Huff, II | on behalf of Debtor Jeffrey L. Dibert jhuff@sfshlaw.com |
| Matthew Fissel | on behalf of Creditor Quicken Loans LLC bkgroup@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6