IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

| | |
|---|---|
| IN RE:<br>JEFFREY L. DIBERT<br>TONYA A. DIBERT<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:21-70172-JAD<br><br>Chapter 13<br><br>Related to Doc No.: 75 |

ORDER OF COURT

AND NOW, this 23rd day of September, 2026, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

sjk
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
9/23/26 10:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-70172-JAD
Jeffrey L. Dibert Chapter 13
Tonya A. Dibert
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7 User: auto Page 1 of 3
Date Rcvd: Sep 23, 2026 Form ID: pdf900 Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey L. Dibert, Tonya A. Dibert, 332 Dibert Road, Everett, PA 15537-6502 |
| 15363612 | + | Barclays Bank/Choice Privilege Card, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15385117 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2026 02:42:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Sep 24 2026 02:33:00 | Rocket Mortgage, LLC, c/o Aldridge Pite, LLP, Six Piedmont Center, 3525 Piedmont Road, N.E. Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| 15363609 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2026 02:42:14 | Ashley Home Store/Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 15363610 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 24 2026 02:33:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 15366495 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Sep 24 2026 02:33:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15363613 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2026 02:33:00 | Boscov's Comenity Bank, P.O. Box 659622, San Antonio, TX 78265 |
| 15363614 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 24 2026 02:42:15 | Capital One Walmart, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15363615 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 24 2026 02:42:06 | Chase, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 15363616 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 24 2026 02:42:00 | Chase - Southwest, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 15363617 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 24 2026 02:42:08 | Chase Amazon, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 15363618 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2026 02:42:04 | Citicards - Best Buy, P.O. Box 790441, St. Louis, MO 63179-0441 |
| 15363619 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2026 02:33:00 | Comenity Bank - Children's, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 15363620 | | Email/Text: mrdiscen@discover.com | Sep 24 2026 02:33:00 | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 15365976 | | Email/Text: mrdiscen@discover.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 24 2026 02:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15363622 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 24 2026 02:33:00 | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15379604 | + | Email/Text: RASEBN@raslg.com | Sep 24 2026 02:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15373649 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 24 2026 02:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15385117 | ^ | MEBN | Sep 24 2026 02:32:02 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15363623 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 24 2026 02:42:01 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15604180 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 02:42:02 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15378386 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 02:42:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15363624 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2026 02:42:00 | Lowes/Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 15363625 | | Email/Text: camanagement@mtb.com | Sep 24 2026 02:33:00 | M&T Bank, P.O. Box 1056, Buffalo, NY 14240-1056 |
| 15379762 | | Email/Text: camanagement@mtb.com | Sep 24 2026 02:33:00 | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 15383211 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2026 02:42:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15363626 | + | Email/Text: bankruptcynotices@psecu.com | Sep 24 2026 02:34:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 15363629 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2026 02:42:06 | QVC Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 15363628 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 24 2026 02:34:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15375454 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 24 2026 02:34:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15386073 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2026 02:42:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15364003 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2026 02:42:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15363630 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2026 02:42:01 | Synchrony/PayPal Card, P.O. Box 965005, Orlando, FL 32816-0001 |
| 15363631 | + | Email/Text: bncmail@w-legal.com | Sep 24 2026 02:33:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

| | | |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 15363611 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 15363621 | *+ | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 15373653 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15363627 | * | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James R. Huff, II | on behalf of Debtor Jeffrey L. Dibert jhuff@sfshlaw.com |
| James R. Huff, II | on behalf of Joint Debtor Tonya A. Dibert jhuff@sfshlaw.com |
| Matthew Fissel | on behalf of Creditor Quicken Loans LLC bkgroup@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6